UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY J. PANARELLO, | ) | CASE NO. C05-0321-JLR |
| Petitioner, | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| RICHARD MORGAN, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition, his motions for an expansion of time and for a stay of judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Motion for Expansion of Time to File a Petition for Writ of Habeas Corpus (Dkt. 4), Motion for Stay of Judgment to Dismiss Petition Pending Decision in State Supreme Court (Dkt. 5), and his § 2254 petition (Dkt. 1) are DENIED, and this action is DISMISSED without prejudice; and

/ / /

/ / /

/ / /

ORDER OF DISMISSAL
PAGE -1

(3)  The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 23rd day of June, 2005.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2